THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT GROSSNER and Another, Appellants.— Judgment of conviction by the Court of Special Sessions reversed upon the law, and the defendants discharged, upon the authority of *People* v. *Hickey* (202 App. Div. 847). Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK J. SIMERMEYER, Appellant.— Judgment of conviction by the County Court of Queens county affirmed. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AUGUST H. BRANDT, Respondent, Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants, Respondents.— Order granting peremptory writ of mandamus modified by awarding to the relator twenty-five dollars costs in the Special Term, and as so modified affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENIS W. CORRIGAN, Respondent, Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants, Respondents.— Order granting peremptory writ of mandamus modified by awarding to the relator twenty-five dollars costs in the Special Term, and as so modified affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAULINE R. KALVIN, Appellant, v. ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCES R. REGAN, Respondent, Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants, Respondents.— Order granting peremptory writ of mandamus modified by awarding to the relator twenty-five dollars costs in the Special Term, and as so modified affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSE C. ROGERS, Respondent, Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants, Respondents.— Order granting peremptory writ of mandamus modified by awarding to the relator twenty-five dollars costs in the Special Term, and as so modified affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MYRTLE S. WATERHOUSE, Respondent, Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants, Respondents.— Order granting peremptory writ of mandamus modified by awarding to the relator twenty-five dollars costs in the Special Term, and as so modified affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

BERNARDINA ROBERTO, as Administratrix, etc., of GENEROSO ROBERTO.